**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     City of Lake Jackson v. Adaway

Appellate case number:   01-22-00033-CV

Trial court case number: 95727-CV

Trial court:             239th District Court of Brazoria County

The City of Lake Jackson's Agreed Motion to Reschedule Oral Argument is granted, and oral argument is hereby rescheduled to 1:30 p.m. on Monday, January 30, 2023.

It is so ORDERED.

Justice's signature: /s/ Gordon Goodman
                     Acting for the Court

Panel consists of Justices Goodman, Hightower, and Guerra.

Date: December 22, 2022